UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00022

**Chico Nakia Curry,**
*Plaintiff,*

v.

**Director Bobby Lumpkin – Director TDCJ-CID et al.,**
*Defendants.*

# ORDER

Plaintiff Chico Nakia Curry, proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a report and recommendation concluding that plaintiff's motion for preliminary injunction (Doc. 21) should be denied for lack of jurisdiction. Doc. 26.

Plaintiff did not object to the report and recommendation. When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. For the reasons stated in the report, plaintiff's motion for preliminary injunction is denied for lack of jurisdiction.

*So ordered by the court on November 9, 2022.*

J. CAMPBELL BARKER
United States District Judge